IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA RAE WESTMORELAND, LLOYD ELMO GALE, JOSE ROSARIO-JUAREZ,<br><br>Defendants. | Case No. 4:13-CR-283-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Defendant Rosario-Juarez was arraigned on February 3, 2014, and his trial was set for May 19, 2014, the same date his co-defendants were set for trial in their earlier arraignments. But Rosario-Juarez's speedy trial clock expires on April 14, 2014, and his custody clock expires on May 2, 2014. Accordingly, a trial date of May 19, 2014, is proper only if a finding of excludable time under 18 U.S.C. § 3161(h) is made. *See* 18 U.S.C. § 3164 (b) (stating that excludable time under § 3161(h) applies to custody clock).

Under 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." The speedy trial and custody clocks will not have expired for defendant's co-defendants by the date of trial.

**Memorandum Decision & Order - 1**

Moreover, the Court finds this to be a reasonable period of delay. Accordingly, the Court finds excludable time under § 3161(h) and finds that the trial date of May 19, 2014, properly applies to all defendants.

NOW THEREFORE IT IS HEREBY ORDERED, that the trial date for defendant Rosario-Juarez of May 19, 2014 complies with his speedy trial and custody rights as there is excludable time under § 3161(h) as set forth above.

DATED: **February 18, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**